JOHN K. COCHRAN, Appellant, v. HARRY W. PATTERSON, Respondent.— Judgment affirmed, with costs. All concur. (The judgment adjudges plaintiff's title to be subject to the rights of defendant under contract, dismisses plaintiff's complaint and restrains plaintiff from interfering with defendant's operation or removal of a water pressure plant in an injunction action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN K. COCHRAN, Appellant, v. HARRY W. PATTERSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies plaintiff's motion to set aside a judgment in favor of defendant and for a new trial on the ground of newly-discovered evidence in an action to secure title to a water pressure plant on plaintiff's property, to restrain defendant from using it and for damages.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

P. BALLANTINE & SONS, Respondent, v. EMERICK DISTRIBUTING CORPORATION, Appellant.— Judgment- and order affirmed, with costs. All concur. (The judgment reverses a judgment of the Buffalo City Court and directs judgment for the plaintiff in an action to recover for goods sold and delivered. The order is the order of reversal.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.